FILED
June 14, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004289429

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: CWS ENTERPRISES INC.

**Case No.** 09-26849-A-11

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** May-12         **PETITION DATE:** 04/10/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in __$1__

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $428,837 | $574,772 | |
| | b. Total Assets | $17,044,785 | $17,190,720 | |
| | c. Current Liabilities | $4,133,390 | $3,976,844 | |
| | d. Total Liabilities | $4,133,390 | $3,976,844 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $13,361 | $77,296 | $12,388,795 |
| | b. Total Disbursements | $140,083 | $48,857 | $12,137,867 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($126,722) | $28,439 | $250,928 |
| | d. Cash Balance Beginning of Month | $431,209 | $402,770 | $53,559 |
| | e. Cash Balance End of Month (c + d) | $304,487 | $431,209 | $304,487 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($302,479) | $38,385 | |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $4,133,390 | $3,976,844 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $598,373 | $743,373 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__ ;     U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/13/12

_Charles Seller_
Responsible Individual

Revised 3/15/99

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 05/31/12 _____

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | |
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | $1,667,580 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $1,667,580 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Equipment Rental Income | $198,000 | $0 |
| | | $0 | 6 | Interest | $273,927 | |
| $3,753 | | $3,753 | 7 | Other Income: | $27,753 | |
| | | | | Gain or (Loss) from Sale of Equipment | $200,000 | |
| | | $0 | 8 | Rental & Lease Income | $209,150 | |
| $9,608 | | $9,608 | 9 | Advance for Crop Sales/Farming Income | $2,025,991 | |
| $13,361 | $0 | $13,361 | 10 | **Total Revenues** | $4,602,401 | $0 |
| | | | | **Expenses:** | | |
| $6,000 | | ($6,000) | 11 | Compensation to Owner(s)/Officer(s) | $144,000 | |
| $7,000 | | ($7,000) | 12 | Salaries | $76,000 | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | $74,087 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $995 | | ($995) | 20 | Employer Payroll Taxes | $20,429 | |
| | | $0 | 21 | Real Property Taxes | $732,826 | |
| | | $0 | 22 | Other Taxes | $5,210 | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| $1,601 | | ($1,601) | 26 | Other Expenses: Office | $29,396 | |
| $8,975 | | ($8,975) | 27 | Consulting Fees | $108,058 | |
| | | $0 | 28 | Farming Expenses | $902,768 | |
| $1,000 | | ($1,000) | 29 | Lawsuit Settlement | $9,272,193 | |
| | | $0 | 30 | Depreciation Expense | $115,308 | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $25,570 | $0 | ($25,570) | 35 | **Total Expenses** | $11,480,275 | $0 |
| ($12,209) | $0 | ($12,209) | 36 | Subtotal | ($6,877,874) | $0 |
| | | | | **Reorganization Items:** | | |
| ($290,270) | | $290,270 | 37 | Professional Fees | ($2,041,713) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | ($56,884) | |
| | | $0 | 42 | | | |
| ($290,270) | $0 | ($290,270) | 43 | **Total Reorganization Items** | ($2,098,597) | $0 |
| ($302,479) | $0 | ($302,479) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($8,976,471) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | $800 | |
| ($302,479) | $0 | ($302,479) | 46 | **Net Profit (Loss)** | ($8,977,271) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

**BALANCE SHEET**
(General Business Case)
For the Month Ended _____ 05/31/12

Assets

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $304,487 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | $14,350 |
| 7 | Other:  Note Receivables | | $110,000 |
| 8 | | | |
| 9 | **Total Current Assets** | | $428,837 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $3,755,062 |
| 11 | Machinery and equipment | D | $111,154 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Timber | D | $1,074,725 |
| 15 | Vehicles | D | $6,619 |
| 16 | Other:  Land Improvements | D | $4,106 |
| 17 | Non Residential Buildings | D | |
| 18 | Fruit Bearing Trees | D | |
| 19 | | D | |
| 20 | Adjustment to reflect 2010 Appraisal Market Value | D | $7,846,223 |
| 21 | **Total Property and Equipment** | | $12,797,889 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $668,059 |
| 23 | Loans to affiliates | | |
| 24 | Long term note receivable | | $3,150,000 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $3,818,059 |
| 29 | **Total Assets** | | $17,044,785 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

   **Post-Petition**

      **Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | $4,185 |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $897,617 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:   Returned checks | | $20,199 |
| 42 |    Deferred Gain on Sale of Assets | | $3,211,388 |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $4,133,390 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $4,133,390 |

      **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | Disputed |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $4,133,390 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($1,914,881) |
| 53 | Capital Stock | | $15,770,195 |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | ($8,790,142) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | $7,846,223 |
| 59 | **Total Equity (Deficit)** | | $12,911,395 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $17,044,785 |

Revised 3/15/99

## SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $299,244 | |
| 31-60 Days | | $15,122 | |
| 61-90 Days | | $649 | $598,373 |
| 91+ Days | | $582,602 | |
| Total accounts receivable/payable | $0 | $897,617 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
Yes _____    No _____
How often do you take a complete physical inventory?

Weekly          _____
Monthly         _____
Quarterly       _____
Semi-annually   _____
Annually        _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost          __
LIFO cost          __
Lower of cost or market __
Retail method      __
Other              __
Explain

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| See attached | | |
| | | |
| | | |
| Total | $0 | $0 |

| Furniture & Fixtures - | | |
|---|---|---|
| | | |
| | | |
| | | |
| Total | $0 | $0 |

| Office Equipment - | | |
|---|---|---|
| | | |
| | | |
| Total | $0 | $0 |

| Leasehold Improvements - | | |
|---|---|---|
| | | |
| | | |
| Total | $0 | $0 |

| Vehicles - | | |
|---|---|---|
| See attached | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $1,670 | | | | $1,670 |
| FICA - Employee | $735 | | | | $735 |
| FICA - Employer | $995 | | | | $995 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $3,399 | $0 | $0 | $0 | $3,399 |
| **State and Local** | | | | | |
| Income Tax Withholding | $656 | | | | $656 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | $130 | | | | $130 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $786 | $0 | $0 | $0 | $786 |
| **Total Taxes** | $4,185 | $0 | $0 | $0 | $4,185 |

### Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $17,778,104 | Disputed |

### Schedule G
### Rental Income Information
### Not applicable to General Business Cases

### Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Union Bank | Petty Cash | Bank of Stockton | Wells Fargo | Wells Fargo |
| Account Type | Checking | Checking | Checking | Restricted | Restricted |
| Account No. | 2419 | N/A | 3036 | 1232 | 1240 |
| Account Purpose | Farm Account | Petty Cash | Trustee Acct. | Trustee Acct. | Trustee Acct. |
| Balance, End of Month | $5,150 | $500 | $298,837 | | |
| Total Funds on Hand for all Accounts | $304,487 | | | | |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    05/31/12

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | $2,075,299 |
| 3 | Interest Received | | $273,928 |
| 4 | Note Receivable Payment | | $3,770,000 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Return of Legal Retainer | | |
| 7 | Farming Income | $9,608 | $2,149,542 |
| 8 | Rental Income | | $80,600 |
| 9 | Miscellaneous Income | $3,753 | $32,754 |
| 10 | Refunds from Escrows | | $6,672 |
| 11 | Transfer Restricted Cash to Unrestricted Cash | | $4,000,000 |
| 12 | **Total Cash Receipts** | $13,361 | $12,388,795 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Real Estate Sales Expense | | $100,708 |
| 15 | Administrative | $1,602 | $27,834 |
| 16 | Retainer Fees for Attorneys | ($19,213) | $80,787 |
| 17 | Chapter 11 Claims Paid | $146,000 | $8,394,193 |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $4,111 | $104,044 |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $5,698 | $64,332 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | $1,358 | $48,433 |
| 29 | Employer Payroll Taxes | $527 | $19,434 |
| 30 | Real Property Taxes | | $694,493 |
| 31 | Other Taxes | | $6,009 |
| 32 | Other Cash Outflows: | | |
| 33 | Farming Expenses | | $902,768 |
| 34 | Consulting Fees | | $93,933 |
| 35 | Professional Fees | | $1,471,783 |
| 36 | Bankruptcy Quarterly Fees | | $56,884 |
| 37 | Insurance Expense | | $72,232 |
| 38 | **Total Cash Disbursements:** | $140,083 | $12,137,867 |
| 39 | **Net Increase (Decrease) in Cash** | ($126,722) | $250,928 |
| 40 | **Cash Balance, Beginning of Period** | $431,209 | $53,559 |
| 41 | **Cash Balance, End of Period** | $304,487 | $304,487 |

Revised 3/15/99

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended _____

| | | Actual<br>**Current Month** | Cumulative<br>**(Case to Date)** |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | _____ | | |
| 22 | _____ | | |
| 23 | _____ | | |
| 24 | _____ | | |
| 25 | _____ | | |
| 26 | _____ | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U S  Trustee Quarterly Fees | | |
| 31 | _____ | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | _____ | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | _____ | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | | |
| 46 | **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Revised 3/15/99

**CWS ENTERPRISES INC.**                                    CASE NO. 09-26849

### REAL ESTATE BY PARCEL NO

| County | Parcel Name | APN's | Acres | Value |
|--------|-------------|-------|-------|-------|
| Sutter County | Pennington | 08-040-018 | 120.00 | |
| | | 08-040-020 | 240.00 | |
| | Balthazar/Amarel | 21-230-015 | 37.75 | |
| | | 21-230-027 | 35.55 | |
| | | 23-140-001 | 62.40 | |
| | Ohland/Everglade | 25-010-023 | 39.00 | |
| | | 25-010-024 | 39.09 | |
| | Hannigan/Hobbs | 25-010-027 | 75.60 | |
| Yuba County | Mathews/Burgandy | 005-200-015 | 105.00 | |
| | | 005-200-018 | 160.00 | |
| | Ruth (Pasture) | 006-080-014 | 58.85 | |
| | Rubel | 18-080-029 | 92.56 | |
| | Lordly | 050-110-004 | 152.06 | |
| | | 050-110-012 | 80.00 | |
| | | 050-110-013 | 148.71 | |
| | | 050-110-031 | 115.75 | |
| | | 050-130-001 | 65.57 | |
| | | 050-130-016 | 33.00 | |
| | | 050-240-013 | 1.35 | |
| | | 050-240-016 | 69.96 | |
| | Gomez | 050-110-014 | 38.40 | |
| | | 050-270-001 | 18.10 | |
| | McCasland | 056-150-005 | 20.00 | |
| | BLM/Upper Frenchtown | 056-150-021 | 19.74 | |
| | Yuba-Sutter Rock | 006-100-057 | 53.00 | |
| | (2/3 ownership) | 006-100-058 | 119.67 | |
| | | 006-160-001 | 22.00 | |
| | Sawmill-Oregon House | 048-080-017 | 12.00 | |
| | | 048-080-018 | 115.00 | |
| Butte County | Oroville Industrial Land (south of GP Way) | 036-460-022 | 36.23 | |
| | Oroville Industrial Land West of 7th Ave) | 035-370-005 | 21.25 | |
| | | 035-460-027 | 3.93 | |
| | Oroville Industrial Land | 025-380-059 | 1.87 | |

(Highway 70)

|  | | |
|---|---|---|
| Truck Repair Shop | 035-370-002 | 79.48 |
| (East of 7th Ave) | 035-460-026 | 26.45 |
| | | |
| Jordt-Georgia | | |
| A | 035-460-031 | 2.03 |
| B | 035-460-032 | 2.07 |
| C | 035-460-033 | 2.11 |
| D | 035-460-034 | 1.60 |
| | | |
| Robinson Mill Road | 073-035-001 | 6.27 |
| | 073-035-002 | 6.60 |
| | 073-035-003 | 5.01 |
| | 073-035-004 | 5.43 |
| | 073-035-005 | 5.01 |
| | 073-035-006 | 5.46 |
| | 073-035-007 | 5.59 |
| | 073-035-008 | 6.92 |
| | 073-035-009 | 5.03 |
| | 073-035-010 | 5.01 |
| | 073-035-011 | 5.01 |
| | | |
| Cascade | 61-090-007 | 40.00 |

| Plumas County | Cascade | 003-190-004 | 286.15 |
|---|---|---|---|

| Canada | Residential Property | 010-742-948 |
|---|---|---|
| | Prince George, B.C. | |

| CWS ENTERPRISES INC | | CASE NO. 09-26849 | | |
|---|---|---|---|---|
| MACHINERY & EQUIPMENT | | | VALUE | |
| CAT | D8H | 46A24696 | | |
| CAT | 14G | 96U1637 | | |
| BELL JET RANGER | 815 | | | |
| PIKE | BANKOUT | 415 | | |
| CLARK | FORKLIFT | 804 | | |
| ROSSER | DEBARKER | 8" | $ | 4,768.50 |
| COLLINS | CONVEYOR BELT | 30' | $ | 5,610.00 |
| MITSUBISHI | FORKLIFT | FG40KL | $ | 8,415.00 |
| MITSUBISHI | FORKLIFT | FG30N | $ | 8,134.50 |
| MITSUBISHI | FORKLIFT | FG30 | $ | 4,740.45 |
| BARKO | LOG LOADER | 450A | $ | 15,147.00 |
| VARIOUS | OFFICE EQUIP. | | $ | 6,100.00 |

| CWS ENTERPRISES INC | | | CASE NO. 09-26849 |
|---|---|---|---|
| VEHICLES | | | VALUE |
| KENWORTH | T800 | 1NKDLB0X9K5530989 | |
| JACOBSEN | TRAILER | 1J9GE1K24SF015772 | |
| PETERBILT | WTR TRUCK | 5K03820 | |
| PETERBILT | WTR TRUCK | 633102 | |
| KENWORTH | T800 | 1NKDL89X7LS548136 | |
| KENWORTH | 5800B | 1NKDLB0X33R383254 | |
| C&S MANUFACTURING | 48' IMPL TRAILER | 4EM3868 | |
| PETERBILT | 359A | 12708DKP | |
| PETERBILT | 359S | 11102KP | |
| WESCO | DOUBLES | LIC#4CP8811 | |
| WESCO | GRAIN HOPPER | LIC#W74660 | |
| PETERBILT | 359 2-AXLE | 138666P | |


**Union**Bank

**STATEMENT OF ACCOUNTS**
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Page 1 of 2
CWS ENTERPRISES INC
Statement Number XXXXXXXXXXXX
5/1/12 - 5/31/12

Customer Inquiries
800-669-8661

H

CY30 MZ O B 0000  0043888-183065      940426
CWS ENTERPRISES INC
FARM ACCOUNT
CHAPTER 11 DEBTOR IN POSSESSION
CASE #09-26849
PO BOX 992
YUBA CITY CA 95992

Thank you for banking with us
since 2009

■ *Methods to commit check fraud are becoming increasingly sophisticated. With Payee Positive Pay, you can get more protection against fraud. This enhancement allows Union Bank to detect inconsistencies to the payee name–in addition to issue date, check number, and check amount –between your check issue information and checks presented for payment. To learn more, call your relationship manager or contact Global Treasury Management Sales at 800-883-0285.*

## BUSINESS ESSENTIALS CHECKING SUMMARY                    Account Number: XXXXXXXXXXX

Days in statement period: 31

| | | | |
|---|---|---|---|
| Beginning balance on 5/1 | $ | | 2,871.40 |
| Total Credits | | | 4,185.23 |
| Deposits ( 1 ) | | 4,185.23 | |
| Total Debits | | | -1,906.66 |
| Electronic debits ( 4 ) | | -1,884.66 | |
| Other debits, fees and adjustments ( 2 ) | | -22.00 | |
| Ending Balance on 5/31 | $ | | 5,149.97 |

## CREDITS

**Deposits**

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---|
| *including check and cash credits* | 5/15 | OFFICE DEPOSIT | 86183053 | $ | 4,185.23 |

## DEBITS

**Electronic debits**

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---|
| | 5/15 | IRS          USATAXPYMT CCD   270253630237339 | 50390869 | $ | 6.00 |
| | 5/15 | EMPLOYMENT DEVEL EDD EFTPMT CCD   28137826 | 50914337 | | 62.00 |
| | 5/15 | EMPLOYMENT DEVEL EDD EFTPMT CCD   28137826 | 50914335 | | 261.66 |
| | 5/15 | IRS          USATAXPYMT CCD   270253663212103 | 50390870 | | 1,555.00 |
| | | **4 Electronic debits** | **Total amount** | **$** | **1,884.66** |

**Other debits, fees and adjustments**

| | Date | Description | Reference | | Amount |
|---|---|---|---|---|---|
| | 5/31 | BANK STMT-FRONT AND BACK IMAGES (CHK) | | $ | 10.00 |
| | 5/31 | SERVICE CHARGE W/PAPER STATEMENT | | | 12.00 |
| | | **2 Other debits, fees and adjustments** | **Total amount** | **$** | **22.00** |

## Information and Banking Office Services

*For each monthly statement period your account includes:*
■ 200 free combined transactions (checks deposited, paid items and deposits)

 **Union**Bank

## Information and Banking Office Services

*continued*

**For the current monthly statement period you made:**
6 combined transactions.

## DAILY LEDGER BALANCE

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|---|------|---|---|------|---|---|
| 5/1-5/14 | $ | 2,871.40 | 5/15-5/30 | $ | 5,171.97 | 5/31 | $ | 5,149.97 |



DEPOSIT TICKET
UnionBank
450 California St., San Francisco, CA 94104
unionbank.com
Superior Press (888) 590-7998   Form Name: Ctrl-1001

DATE 5-15-12

1549031
GN2SBK

**CWS ENTERPRISES, INC.**
**FARM ACCOUNT**
**CHAPTER 11 DEBTOR IN POSSESSION CASE #2009-26849**
**P.O. BOX 992**
**YUBA CITY, CA 95992**

⑆520000412⑈

$ | | | | 4185 23

TOTAL DEPOSIT

TOTAL $4185 23

---

1277

CWS ENTERPRISES, INC.
DAVID FLEMMER TRUSTEE
2804 GATEWAY OAKS DRIVE SUITE120
SACRAMENTO, CA 95833

BANK OF STOCKTON

90-103-1211

5/10/2012

PAY TO THE
ORDER OF     CWS Enterprises Inc                                    $ **4,185.23

Four Thousand One Hundred Eighty-Five and 23/100************************        DOLLARS

CWS Enterprises, Inc
PO 992
Yuba City CA 95992

MEMO     May Payroll                                     AUTHORIZED SIGNATURE

⑈001274⑈

---

Union Bank, N.A.
YUBA CITY REGIONAL OFFICE

DEPOSIT

101 02149PM 02900 36058 062
05/15/12
XXXXXX2419                      $4,185.23

We sincerely appreciate your
business and thank you for banking at
Union Bank.

Member FDIC

1:42 PM

06/12/12

# CWS Enterprises, Inc.
# Reconciliation Detail
### D.I.P.-Farm Account, Period Ending 05/31/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,871.40 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Liability Check | 5/15/2012 | EFT | IRS | X | -1,555.00 | -1,555.00 |
| Liability Check | 5/15/2012 | EFT | EDD | X | -261.66 | -1,816.66 |
| Liability Check | 5/15/2012 | EFT | EDD | X | -62.00 | -1,878.66 |
| Liability Check | 5/15/2012 | EFT | United States Treas... | X | -6.00 | -1,884.66 |
| Check | 5/31/2012 | | | X | -22.00 | -1,906.66 |
| Total Checks and Payments | | | | | -1,906.66 | -1,906.66 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 5/10/2012 | 1274 | CWS Enterprises | X | 4,185.23 | 4,185.23 |
| Total Deposits and Credits | | | | | 4,185.23 | 4,185.23 |
| Total Cleared Transactions | | | | | 2,278.57 | 2,278.57 |
| **Cleared Balance** | | | | | 2,278.57 | 5,149.97 |
| Register Balance as of 05/31/2012 | | | | | 2,278.57 | 5,149.97 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Liability Check | 6/15/2012 | EFT | IRS | | -3,399.00 | -3,399.00 |
| Liability Check | 6/15/2012 | EFT | EDD | | -786.23 | -4,185.23 |
| Liability Check | 7/16/2012 | EFT | IRS | | -2,321.00 | -6,506.23 |
| Liability Check | 7/16/2012 | EFT | EDD | | -481.73 | -6,987.96 |
| Total Checks and Payments | | | | | -6,987.96 | -6,987.96 |
| Total New Transactions | | | | | -6,987.96 | -6,987.96 |
| **Ending Balance** | | | | | -4,709.39 | -1,837.99 |

CWS ENTERPRISES, INC.
CASE NO. 09-26849-A-11
STATEMENTS OF PAYMENTS MADE FOR PRE-PETITION DEBT
MONTH MAY 31, 2012

| Date of Payment | Amount of Payment | Name of Payee |
|---|---|---|
| 05/29/2012 | $145,000.00 | FREIDBERG & PARKER LAW GRP |

1:50 PM

06/12/12

# CWS Enterprises, Inc.
# A/P Aging Summary
### As of May 31, 2012

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| David Behr, CPA | 8,974.61 | 0.00 | 0.00 | 649.09 | 0.00 | 9,623.70 |
| DLA Piper | 218,356.45 | 0.00 | 0.00 | 0.00 | 0.00 | 218,356.45 |
| Freidberg & Parker | 0.00 | 0.00 | 0.00 | 0.00 | 480,000.00 | 480,000.00 |
| Friedman, Dumas & Springwater LLP | 0.00 | 0.00 | 0.00 | 0.00 | 55,906.41 | 55,906.41 |
| Kerr Wagstaffe LLP | 0.00 | 0.00 | 0.00 | 0.00 | 11,940.00 | 11,940.00 |
| Michelson Law Group | 71,913.13 | 0.00 | 0.00 | 0.00 | 24,303.28 | 96,216.41 |
| Stevens, O'Connell & Jacobs LLP | 0.00 | 15,121.88 | -80,786.98 | 0.00 | 65,665.10 | 0.00 |
| Wilke, Fleury, Hoffelt, Gould & Birney | 0.00 | 0.00 | 0.00 | 0.00 | 25,574.31 | 25,574.31 |
| TOTAL | 299,244.19 | 15,121.88 | -80,786.98 | 649.09 | 663,389.10 | 897,617.28 |

1:50 PM

06/12/12

# CWS Enterprises, Inc.
## Payroll Summary
### May 2012

|  | Richardson, Shi... | Siller, Charles W | TOTAL |
|---|---|---|---|
|  | May 12 | May 12 | May 12 |
| **Employee Wages, Taxes and Adjustments** |  |  |  |
| **Gross Pay** |  |  |  |
| Office Salary | 7,000.00 | 0.00 | 7,000.00 |
| Officer Salary | 0.00 | 6,000.00 | 6,000.00 |
| **Total Gross Pay** | 7,000.00 | 6,000.00 | 13,000.00 |
| **Adjusted Gross Pay** | 7,000.00 | 6,000.00 | 13,000.00 |
| **Taxes Withheld** |  |  |  |
| Federal Withholding | -546.00 | -1,124.00 | -1,670.00 |
| Medicare Employee | -101.50 | -87.00 | -188.50 |
| Social Security Employee | -294.00 | -252.00 | -546.00 |
| CA - Withholding | -290.17 | -366.06 | -656.23 |
| CA - Disability Employee | -70.00 | -60.00 | -130.00 |
| **Total Taxes Withheld** | -1,301.67 | -1,889.06 | -3,190.73 |
| **Net Pay** | 5,698.33 | 4,110.94 | 9,809.27 |
| **Employer Taxes and Contributions** |  |  |  |
| Federal Unemployment | 0.00 | 0.00 | 0.00 |
| Medicare Company | 101.50 | 87.00 | 188.50 |
| Social Security Company | 434.00 | 372.00 | 806.00 |
| CA - Unemployment Company | 0.00 | 0.00 | 0.00 |
| **Total Employer Taxes and Contributions** | 535.50 | 459.00 | 994.50 |

1:18 PM
06/11/12

# CWS Enterprises, Inc
## Journal
### May 2012

| Trans # | Type | Date | Num | Adj | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| 411 | Check | 05/10/2012 | 1272 | | Chuck Siller | May 2012 | 61101 · Officer's Salaries | 4,110.94 | |
| | | | | | Chuck Siller | May 2012 | 10001 · Bank Of Stockton | | 4,110.94 |
| 412 | Check | 05/10/2012 | 1273 | | Shirley Richardson | Void | 61102 · Salaries and Wages | 0.00 | |
| | | | | | Shirley Richardson | May 2012 | 10001 · Bank Of Stockton | | 0.00 |
| 413 | Check | 05/10/2012 | 1274 | | CWS Enterprises, Inc | May Payroll | 61103 · Payroll Taxes | 994.50 | |
| | | | | | CWS Enterprises, Inc | May Payroll | 61102 · Salaries and Wages | 1,301.67 | |
| | | | | | CWS Enterprises, Inc | May Payroll | 61101 · Officer's Salaries | 1,889.06 | |
| | | | | | | | 10001 · Bank Of Stockton | | 4,185.23 |
| 414 | General Jou | 05/10/2012 | 62 | √ | | To reclass SR payment to claims paid | 90002 · Chapter 11 Claims Paid | 5,000.00 | |
| | | | | √ | | To reclass SR payment to claims paid | 61102 · Salaries and Wages | | 5,000.00 |
| 415 | Check | 05/10/2012 | 1275 | | Chuck Siller | Auto repair | 67200 · Repairs and Maintenance | 915.98 | |
| | | | | | Chuck Siller | Auto repair | 60200 · Automobile Expense | 633.34 | |
| | | | | | Chuck Siller | | 10001 · Bank Of Stockton | | 1,549.32 |
| 416 | Bill | 05/21/2012 | DLA-3 | | DLA Piper | -MULTIPLE- | 90000 · Chapter 11 Admin Fees | 218,356.45 | |
| | | | | | DLA Piper | | 20000 · Accounts Payable | | 218,356.45 |
| 417 | Bill | 05/21/2012 | Fee app Hold bac | | Michelson Law Group | MLC Hold back | 90000 · Chapter 11 Admin Fees | 19,472.97 | |
| | | | | | Michelson Law Group | | 20000 · Accounts Payable | | 19,472.97 |
| 418 | Bill | 05/21/2012 | 3rd Fee App | | Michelson Law Group | -MULTIPLE- | 90000 · Chapter 11 Admin Fees | 52,440.16 | |
| | | | | | Michelson Law Group | | 20000 · Accounts Payable | | 52,440.16 |

1:18 PM
06/11/12

## CWS Enterprises, Inc
### Journal
### May 2012

| Trans # | Type | Date | Num | Adj | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| 419 | Bill | 05/21/2012 | WFH-60 | | David Behr, CPA | Fees in CWS | 20000 · Accounts Payable | 52,440.16 | 52,440.16 |
| | | | | | David Behr, CPA | WFH-60 | 90001 · Administration Expenses | 6,640.27 | 6,640.27 |
| 420 | Bill | 05/21/2012 | 1st Fee app Siller | | David Behr, CPA | 1st Fee app balance | 20000 · Accounts Payable | 631.00 | 631.00 |
| | | | | | David Behr, CPA | 1st Fee app balance | 90001 · Administration Expenses | 631.00 | 631.00 |
| 421 | Bill | 05/21/2012 | MLC-13 3rd Siller | | David Behr, CPA | MLC-13 3rd Fee app Siller | 20000 · Accounts Payable | 1,703.34 | 1,703.34 |
| | | | | | David Behr, CPA | MLC-13 3rd Fee app Siller | 90001 · Administration Expenses | 1,703.34 | 1,703.34 |
| 422 | Check | 05/22/2012 | 1276 | | Shirley Richardson | May | 10001 · Bank Of Stockton | 1,698.33 | 1,698.33 |
| | | | | | Shirley Richardson | May payroll | 61102 · Salaries and Wages | 1,698.33 | 1,698.33 |
| 423 | Check | 05/22/2012 | 1277 | √ | Shirley Richardson | Wage Claim - taxes | 10001 · Bank Of Stockton | 4,000.00 | 4,000.00 |
| | | | | | Shirley Richardson | Claim paid minus taxes withheld | 90002 · Chapter 11 Claims Paid | 4,000.00 | 4,000.00 |
| 424 | General Jou | 05/23/2012 | 63 | √ | | -MULTIPLE- | 42005 · Other Income | | 3,752.94 |
| | | | | √ | | Lundberg Family Farms | 41003 · Rice Income from Hobbs | | 9,608.13 |
| | | | | √ | | Balance of retainer paid back | 11100 · Stevens O'Connell retainer | | 19,213.02 |
| | | | | √ | | 05 23 2012 deposit | 10001 · Bank Of Stockton | 32,574.09 | 32,574.09 |
| 425 | Check | 05/24/2012 | 1278 | | Shirley Richardson | Petty Cash | 10001 · Bank Of Stockton | 1,000.00 | 1,000.00 |
| | | | | | Shirley Richardson | Petty Cash | 90002 · Chapter 11 Claims Paid | 1,000.00 | 1,000.00 |
| 426 | Check | 05/29/2012 | 1279 | | Void | | 10001 · Bank Of Stockton | 0.00 | 1,000.00 |

Case 09-26849    Filed 06/14/12    Doc 1133

**CWS Enterprises, Inc**

**Journal**

**May 2012**

| Trans # | Type | Date | Num | Adj | Name | Memo | Account | Debit | Credit |
|---------|------|------|-----|-----|------|------|---------|-------|--------|
| | | | | | Void | First Payment | 90002 · Chapter 11 Claims Paid | 0.00 | 0.00 |
| 427 | Check | 05/29/2012 | 1280 | | | | 10001 · Bank Of Stockton | | 145,000.00 |
| | | | | | Freidberg and Parker Law Corp | | 90002 · Chapter 11 Claims Paid | 145,000.00 | |
| | | | | | Freidberg and Parker Law Corp | | 10001 · Bank Of Stockton | 145,000.00 | 145,000.00 |
| 428 | General Jou | 05/31/2012 | 64 | √ | | | 10001 · Bank Of Stockton | 329,667.65 | 329,667.65 |
| | | | | √ | | | 10005 · Wells Fargo 1232 | 329,667.65 | 329,667.65 |
| 430 | General Jou | 05/31/2012 | 65 | √ | | | 60400 · Bank Service Charges | 30.00 | 30.00 |
| | | | | √ | | | 10001 · Bank Of Stockton | | 30.00 |
| TOTAL | | | | | | | | 828,059.75 | 828,059.75 |

1:21 PM

06/11/12

Cash Basis

## CWS Enterprises, Inc
# Trial Balance
### As of May 31, 2012

| | May 31, 12 | |
| --- | ---: | ---: |
| | Debit | Credit |
| 10001 · Bank Of Stockton | 297,139.61 | |
| 10005 · Wells Fargo 1232 | 0.00 | |
| 10006 · Wells Fargo 1240 | 0.00 | |
| 10020 · The Bank of N Y Mellon xxxx7665 | 0.00 | |
| 10021 · The Bank of N Y Mellon xxxx7667 | 0.00 | |
| 11100 · Stevens O'Connell retainer | 0.00 | |
| 10010 · Petty Cash | 500.00 | |
| 11105 · Friedmann Dumas Retainer | 14,350.00 | |
| 13100 · Prepaid Insurance | 0.00 | |
| 20000 · Accounts Payable | 0.00 | |
| 30000 · Opening Bal Equity | | 7,161,247.72 |
| 32000 · Retained Earnings | 6,573,054.66 | |
| 41001 · Rice Income from Rubel | | 92,259.56 |
| 41003 · Rice Income from Hobbs | | 9,608.13 |
| 41004 · Rice Income from Pennington | | 72,295.83 |
| 41006 · Income Balthazar | | 6,967.74 |
| 42002 · Rent IncomeOroville Truck | | 12,500.00 |
| 42004 · Government support payments | | 38,096.00 |
| 42005 · Other Income | | 3,752.94 |
| 43002 · Sale of Everglade | | 625,299.00 |
| 50050 · Drying Costs | 7,673.99 | |
| 50103 · Farm Management | 669.00 | |
| 51002 · Burgundy Ranch Expenses | 2,600.00 | |
| 52000 · Property Maintenance | 750.00 | |
| 55000 · Commisions/Sale Expenses | 39,234.32 | |
| 60200 · Automobile Expense | 2,008.63 | |
| 60400 · Bank Service Charges | 33.91 | |
| 61101 · Officer's Salaries | 22,000.00 | |
| 61102 · Salaries and Wages | 6,000.00 | |
| 61103 · Payoll Taxes | 3,782.50 | |
| 63300 · Insurance Expense | 9,726.00 | |
| 67200 · Repairs and Maintenance | 915.98 | |
| 68001 · Property Taxes (Butte County) | 23,402.48 | |
| 68002 · Property Taxes (Sutter County) | 14,671.47 | |
| 68003 · Property Taxes (Yuba County) | 26,886.68 | |
| 68004 · Property Taxes (Plumas County) | 11,853.31 | |
| 68050 · Corporate taxes | 800.00 | |
| 75000 · US Trustee Fees | 15,934.50 | |
| 82005 · Burgundy County Taxes | 0.00 | |
| 82006 · Yuba Rock County Taxes | 0.00 | |
| 82007 · Rubel Property County Taxes | 0.00 | |
| 82008 · Ruth Property County Taxes | 0.00 | |
| 82009 · Oregon Hse/Sawmill County Tax | 0.00 | |
| 82010 · Lordly Property County Taxes | 0.00 | |
| 82011 · Gomez Property Taxes | 0.00 | |
| 82012 · Upper Frenchtown Property Taxes | 0.00 | |
| 82013 · McCasland Property Taxes | 0.00 | |
| 90000 · Chapter 11 Admin Fees | 177,389.00 | |
| 90001 · Administration Expenses | 85,286.98 | |
| 90002 · Chapter 11 Claims Paid | 685,363.90 | |
| TOTAL | 8,022,026.92 | 8,022,026.92 |