2 PAGES
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
MEGAN A. LEWIS (SBN 221263)
mlewis@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Plan Administrator
DAVID D. FLEMMER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CWS ENTERPRISES, INC.,<br><br>Debtor. | Case No. 09-26849-C-11<br><br>DC No. WFH-64<br><br>Date:   July 17, 2013<br>Time:   10:00 a.m.<br>Dept.:   C |

**ORDER CONTINUING MOTION FOR ORDER APPROVING TRANSACTION OUT OF THE ORDINARY COURSE OF BUSINESS WITH DANE SILLER AND ESTABLISHING PROCEDURES FOR OVERBID**

The Court having held a hearing on the motion of David D. Flemmer, Plan Administrator ("Plan Administrator") for CWS Enterprises, Inc. ("Reorganized Debtor"), for approval of a transaction out of the ordinary course of business with Dane and Lisa Siller; and good cause appearing:

IT IS HEREBY ORDERED THAT that:

1.      The hearing on the motion is continued to July 31, 2013 at 10:00 a.m.;

2.      At the continued hearing, the Court will entertain overbids for the promissory note and other rights subject to the motion, provided that potential overbidders comply with the provisions set forth herein:

RECEIVED
July 22, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004891630

      a.    As soon as practical, Plan Administrator will provide all overbidders with a form Promissory Note Acquisition Agreement;

      b.    On or before close of business on Monday, July 29, 2013, all potential overbidders must provide Plan Administrator with a signed contract for the acquisition of the promissory note and related rights. If the signed contract varies from the form Promissory Note Acquisition Agreement, the potential overbidder must also provide Plan Administrator with a redline version showing all changes;

      c.    All potential overbidders must provide Plan Administrator with a deposit, in the amount of $100,000, on or before close of business on Monday, July 29, 2013;

      d.    If an overbidder is deemed to be the highest bidder and the transaction is approved by the Court, the deposit shall become non-refundable and shall be applied to the purchase price. If the transaction fails to close, the disposition of the deposit shall be governed by the signed purchase contract. Plan Administrator shall return any deposit provided by any unsuccessful bidder, including but not limited to Dane and Lisa Siller, if they are not the successful bidder;

      e.    Plan Administrator reserves the right to recommend that the Court not approve a transaction with any bidder that has not provided Plan Administrator with sufficient documentation to demonstrate the ability to close the transaction.

APPROVED AS TO FORM:

MICHELSON LAW GROUP

By: _____

Randy Michelson, Attorneys for

Charles W. Siller

Dated: August 26, 2013

_____
United States Bankruptcy Judge

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

976597.1

-2-

ORDER CONTINUING MOTION